RECEIVED
FEB - 8 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY KIMBALL | DOCKET NO. 10-CV-688; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CAPTAIN TISER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claim is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b), against **ONLY** the following defendants: James LeBlanc, Warden Lynn Cooper, and James Dupas.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 7th day of FEBRUARY, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE