U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 0 7 2011
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

HENRY KIMBALL
VS.
CAPTAIN TISER, ET AL

DOCKET NO. 10-CV-688

JUDGE DEE D. DRELL

MAGISTRATE JUDGE KIRK

## MOTION FOR JUDGEMENT
Response to defendants' motion to Dismiss

NOW INTO COURT, functioning as Pro se', comes plaintiff Henry Kimball, who respectfully moves that defendants' motion to dismiss be rightfully denied, on the following grounds:

(1)

Counsel for defendants' filed a motion to Dismiss, attempting to veil themselves under the Eleventh Amendment of the United States Constitution.

(2)

Counsel for defendants' claim that I, Henry Kimball cannot prove any set of facts in support of plaintiff's claim.

(3)

Counsel for defendants' also claims that I, Henry Kimball has not presented evidence to suggest that the officers were not acting within their official capacity.

# ARGUMENT

First and foremost, I, Henry Kimball am a mental health patient, presently taking psychiatric medication. When the disturbance occured, defendants were supposed to call mental health, which they did not. Defendants abused their authority by spraying Mace in my face over and over.

Proving that the defendants, in fact, did step outside of professional conduct and not their official capacity, is a hard thing for me to do, because medical covered for defendants, saying, nothing was wrong with me. I suffered a great deal in my ribs + back and still do hurt on a daily basis.

In Hudson v. Palmer, 468 U.S. 517, 526-527 (1984), it states, "when officials use force maliciously and sadistically to cause harm, the Eighth Amendment is violated, whether or not significant injury is evident." I was wrongfully beat and had Mace sprayed in my eye's and face.

## CONCLUSION

In regards, I pray that the court takes into account that It's extremely difficult to actually "prove" anything. Therefore, I pray that the court denies Defendant's motion to Dismiss

—2—

on the grounds of being without merit.

Respectfully Submitted,

\# 120724

Henry Kimball

Henry Kimball #120729
A.V.C. Crawford R-2
1630 Prison Rd.
Cottonport, La 71327

U.S. POSTAGE PITNEY BOWES
ZIP 71327 $ 001.08
0001370092 NOV 04 2011

To Clerk United States District Court
Section P
Western District of Louisiana
U.S. Courthouse
300 Fannin St. Suite 1167
Shreveport, La
71101-3083

RECEIVED
NOV 07 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____